

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1262-11

### EX PARTE GREGORIO ROMERO, Appellant

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTH COURT OF APPEALS KENDALL COUNTY

*Per curiam.*

**O P I N I O N**

Appellant pleaded guilty to aggravated sexual assault. The trial court deferred an adjudication of guilt and placed Appellant on supervision for ten years.

Appellant filed a writ application pursuant to Art. 11.072 alleging that he received ineffective assistance of counsel under *Padilla v. Kentucky*, 559 U.S. 356 (2010). The trial court denied relief. On appeal, the Court of Appeals reversed, holding that counsel was ineffective under *Padilla. Ex parte Romero*, 351 S.W.3d 127 (Tex. App. – San Antonio

2011).

The State has filed a petition for discretionary review of this decision. The U.S. Supreme Court recently held that, under *Teague v. Lane*, 489 U.S. 288 (1989), *Padilla* does not have retroactive effect. *Chaidez v. United States*, __ U.S. __, 133 S. Ct. 1103 (2013). Today, we adopted that Court's reasoning as a matter of state law in *Ex parte De Los Reyes*, No. PD-1457-11, __ S.W.3d __ (Tex. Crim. App. March 20, 2013).

The Court of Appeals in the instant case did not have the benefit of our opinion in *De Los Reyes*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of *De Los Reyes*.

DATE DELIVERED: March 20, 2013

PUBLISH